Susie J. Allendorf, Appellant, *v.* The Fidelity and Casualty Company of New York, Respondent.

(Argued December 5, 1928; decided December 31, 1928.)

*Stewart F. Hancock* and *Henry S. Fraser* for appellant. *Joseph B. Murphy* and *John Carroll Young* for respondent.

Judgment affirmed, with costs, on the ground that the accident, if any, was not the exclusive cause of the injury; no opinion.

Concur: Cardozo, Ch. J., Pound, Andrews, Lehman and O'Brien, JJ. Dissenting: Crane and Kellogg, JJ.